UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| FONTAINE INC.,<br><br>    Plaintiff,<br><br>and<br><br>GOVERNMENT OF CANADA AND GOVERNMENT OF QUÉBEC,<br><br>    Plaintiff-Intervenors,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>and<br><br>COMMITTEE OVERSEEING ACTION FOR LUMBER INTERNATIONAL TRADE INVESTIGATIONS OR NEGOTIATIONS,<br><br>    Defendant-Intervenor. | Before: Mark A. Barnett, Chief Judge<br>Court No. 19-00154 |

## **JUDGMENT**

Fontaine Inc.'s ("Fontaine") unopposed motion to sever Court No. 19-00154 from Consolidated Court No. 19-00122 and to enter judgment in Court No. 19-00154 having been duly submitted, and the court, after due deliberation, having issued an order in Consolidated Court No. 19-00122 granting such severance, now, in conformity with the order granting that motion, it is hereby

**ORDERED** that the U.S. Department of Commerce's final results in the countervailing duty expedited review of certain softwood lumber products from Canada, *Certain Softwood Lumber Products From Canada*, 84 Fed. Reg. 32,121 (Dep't

Commerce July 5, 2019) (final results of countervailing duty expedited review), as amended by the Final Results of Redetermination Pursuant to Court Remand (Sept. 10, 2024), ECF No. 255-1 (filed in Consol. Ct. No. 19-00122), are **SUSTAINED IN PART** with respect to Fontaine; and it is further

    **ORDERED** that the subject entries enjoined in this action (ECF No. 11) must be liquidated in accordance with the final court decision, including all appeals, consistent with the requirements in section 516A(e) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1516a(e) (2018).

/s/    Mark A. Barnett
Mark A. Barnett, Chief Judge

Dated: March 13, 2025
       New York, New York