IN THE UNITED STATES COURT OF INTERNATIONAL TRADE BEFORE:

HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| FONTAINE INC.,<br><br>    Plaintiff,<br><br>        v.<br><br>UNITED STATES,<br><br>    Defendant. | Ct. No. 19-cv-00154 |

**PLAINTIFF'S NOTICE OF APPEAL TO THE UNITED STATES
COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Notice is hereby given that Fontaine Inc., plaintiff in the above-captioned action, appeals

to the United States Court of Appeals for the Federal Circuit from the opinion and order entered

in this action on March 6, 2026, *Fontaine Inc., et. al v. United States* (Ct. Int'l Trade, March 6,

2026), and from all underlying opinions, rulings, and orders adverse to Plaintiff.

MARK B. LEHNARDT
Davis & Leiman
1050 Connecticut Ave., N.W., Ste. 1012
Washington D.C., 20036
tel.: (202) 642 4850
email: MLehnardt@DLTrade.com

May 1, 2026                                                                 Attorney for Plaintiff